# EXHIBIT C



**U.S. Department of Justice**

Washington, D.C. 20530

September 24, 2021

Gene Schaerr
1717 K St NW
Suite 900
Washington, DC   20006

Dear Sir/Madam:

This is in response to your request for records, Tracking Number, EMRUFOIA083121-21.  Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought, or ten business days after the request is received in this office, whichever is earlier.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

>  FOIA/PA
>  Office of Information Policy
>  Department of Justice
>  441 G St, NW
>  6th Floor
>  Washington, DC   20530-0001
>  (202) 514-FOIA
>
>  FOIA/PA
>  Civil Rights Division
>  Department of Justice
>  4CON, Room 6.153
>  950 Pennsylvania Ave., NW
>  Washington, DC   20530
>  (202) 514-4210

Sincerely,

MRUFOIA
Logistics Management
Facilities and Administrative Services Staff
Justice Management Division