IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 1:21-cv-3138 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's order of January 6, 2022, Plaintiffs the State of Georgia and Georgia Secretary of State Brad Raffensperger, along with Defendant the United States Department of Justice (DOJ), submit the following joint status report:

1.  This case concerns Plaintiffs' FOIA request dated August 31, 2021, seeking records from DOJ on several topics, including (1) communications between DOJ and 62 non-governmental entities about Georgia's Election Integrity Act of 2021, (2) communications between DOJ and Congress about Georgia's Election Integrity Act of 2021, and (3) internal guidance documents DOJ uses to determine when a state election law violates the Voting Rights Act.

2.  Two components of DOJ are completing searches for documents responsive to Plaintiffs' request—the Office of Information Policy (OIP) and the Civil Rights Division (CRT).

3.  CRT has completed its search for responsive records, initially identifying approximately 500 potentially responsive documents. That number may increase as related "family member" documents (e.g., e-mail attachments, etc.) are processed. CRT is currently processing these records, and the Parties agree that CRT will issue monthly responses, issuing its first response on or before March 7, 2022, and issuing its final response by April 18, 2022. The

Parties further agree that CRT will process at least 500 pages for its March 7, 2022 response. However, if any records or portions of records processed in a given month are pending consultation with the Office of the Assistant Attorney General, Civil Rights Division; other DOJ components; or other Executive Branch agencies at the time of the response, CRT will inform Plaintiffs of the number of pages pending consultation, and will provide a future response with respect to those pages when the consultation process is complete.

4.  OIP has completed several initial searches for potentially responsive documents, and the remaining searches are in progress. Thus far, OIP has identified approximately 47,000 potentially responsive records. Those records have not yet been de-duplicated or reviewed for responsiveness. OIP agrees to use its best efforts to complete its de-duplication and responsiveness review of the documents that have already been identified as potentially responsive by March 31, 2022. Additionally, given the volume, the parties have agreed to meet and confer during the month of February about ways to narrow the scope of this processing.

5.  The parties propose to submit a further joint status report updating the Court on or before March 8, 2022.

6.  DOJ does not anticipate seeking an *Open America* stay.

7.  The parties will be better able to evaluate the need for a *Vaughn* index or dispositive motions in this case after DOJ has completed its responses to Plaintiffs, and after the parties have had the opportunity to confer regarding those responses. Plaintiffs note that they anticipate requesting that DOJ prepare a *Vaughn* index for any withholdings, as requested in the underlying FOIA request. *See* ECF No. 1-1 at 5.

Dated:  February 3, 2022               Respectfully submitted,

                                       BRIAN M. BOYNTON
                                       Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ Rebecca M. Kopplin
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:  (202) 514-3953
Fax:  (202) 616-8470
E-mail:  rebecca.m.kopplin@usdoj.gov

*Counsel for Defendant*

| | |
|---|---|
| Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505<br>Bryan K. Webb<br>Deputy Attorney General<br>Georgia Bar No. 743580<br>Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280<br>Charlene McGowan<br>Assistant Attorney General<br>Georgia Bar No. 697316<br>State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334 | /s/ Gene C. Shaerr<br>GENE C. SCHAERR<br>D.C. Bar # 416368<br>ERIK S. JAFFE<br>D.C. Bar # 440112<br>H. CHRISTOPHER BARTOLOMUCCI<br>D.C. Bar # 453423<br>BRIAN J. FIELD<br>D.C. Bar # 985577<br>SCHAERR \| JAFFE LLP<br>1717 K Street, N.W.<br>Suite 900<br>Washington, D.C. 20006<br>202-787-1060<br>gschaerr@schaerr-jaffe.com<br><br>Bryan P. Tyson*<br>Georgia Bar # 515411<br>Bryan F. Jacoutot*<br>Georgia Bar # 668272<br>Loree Anne Paradise*<br>Georgia Bar # 382202<br>TAYLOR ENGLISH DUMA LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, Georgia 30339<br>Telephone: (678) 336-7249<br>btyson@taylorenglish.com<br><br>* *Pro hac vice* motions forthcoming<br><br>*Counsel for Plaintiffs* |