IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　Defendant. | Case No. 1:21-cv-3138 (TNM) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant the United States Department of Justice (DOJ) respectfully moves for summary judgment. The bases for this motion are set forth in the accompanying memorandum in support of Defendant's motion for summary judgment; Defendant's statement of material facts not in dispute; and the declarations of Vanessa R. Brinkmann, Kilian Kagle, and John A. Russ, IV, and their exhibits. A proposed order is also attached.

Dated: August 25, 2022

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　　　Deputy Director

　　　　　　　　　　　　　　　　　　　　　*/s/ Rebecca Kopplin*
　　　　　　　　　　　　　　　　　　　　　REBECCA KOPPLIN
　　　　　　　　　　　　　　　　　　　　　Trial Attorney (California Bar No. 313970)
　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　1100 L Street NW

        Washington, D.C.  20005
        Telephone:  (202) 514-3953
        Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendant*