IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Case No. 1:21-cv-3138 (TNM) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgement, it is hereby:

**ORDERED** that Defendant's motion is **GRANTED**, and it is further

**ORDERED** that Plaintiffs' cross-motion is **DENIED**, and it is further

**ORDERED** that judgment is entered in Defendant's favor.

**SO ORDERED**.

_____                                 _____
DATE                                                                    TREVOR N. MCFADDEN
                                                                              United States District Judge