UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA, et al.,<br><br>                    Plaintiffs,<br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                    Defendant. | Case No. 1:21-cv-3138 (TNM) |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs the State of Georgia and Georgia Secretary of State Brad Raffensperger, respectfully move for summary judgment on their claims brought under the Freedom of Information Act ("FOIA"). Indeed, as demonstrated in the accompanying memorandum, Defendant Department of Justice has fallen far short of carrying its burden of demonstrating that it may withhold various records of communications with third-party organizations pursuant to FOIA Exemption 5. Accordingly, the Court should enter summary judgment in Plaintiffs' favor.

September 29, 2022

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Respectfully submitted,

/s/ *Gene C. Schaerr*
Gene C. Schaerr
D.C. Bar # 416368
Erik S. Jaffe
D.C. Bar # 440112
H. Christopher Bartolomucci
D.C. Bar # 453423
Brian J. Field
D.C. Bar # 985577
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

Bryan P. Tyson*
Georgia Bar # 515411
Bryan F. Jacoutot*
Georgia Bar # 668272
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(678) 336-7249
btyson@taylorenglish.com

* *Pro hac vice* motions forthcoming