UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGIA,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF JUSTICE**, <br><br> Defendant. | Case No. 1:21-cv-03138 (TNM) |

## ORDER

Upon consideration of the parties' cross-motions for summary judgment, the pleadings, relevant law, related legal memoranda in opposition and support, and the entire record, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Defendant's [14] Motion for Summary Judgment is DENIED; it is also

**ORDERED** that Plaintiffs' [16] Motion for Summary Judgment is GRANTED, as detailed below:  Defendant shall disclose any material withheld on the basis of FOIA Exemption 5 that originated prior to the Northern District of Georgia's Consolidation Order on December 23, 2021.

**SO ORDERED.**

Dated: February 20, 2023

TREVOR N. McFADDEN, U.S.D.J.