IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 1:21-cv-3138 (TNM) |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given this 20 day of April, 2023, that Defendant the United States Department of Justice hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order of February 20, 2023 (ECF No. 23) and from the opinions and orders on which it is predicated, including the Court's memorandum opinion of February 20, 2023 (ECF No. 22).

Dated: April 20, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

1

Washington, D.C.  20005
Telephone:  (202) 514-3953
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendant*